**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| | : | Bankruptcy No: 16-10512-TPA |
| **Joshua L Porter,** | : | |
| **Brandi Porter,** | : | |
| *Debtor(s),* | : | Chapter 13 |
| | : | |
| Vs. | : | |
| | : | |
| **Seneca Medical Center,** | : | |
| *Movant(s)* | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**       Seneca Medical Center
**Incorrect Address:**   1 Parkway Franklin, PA 16323

**Correct Address:**     181 Park Ave Franklin, PA 16323

Respectfully Submitted,

Date: <u>October 11, 2016</u>

/s/ Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors