**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 16-10512-TPA |
| | : | |
| Joshua Lee Porter and | : | CHAPTER 13 |
| Brandi Kay Porter, | : | |
|     Debtors, | : | |
| _____ | : | MOTION NO.: WO - 1 |
| Brandi Kay Porter, | : | |
|     Movant, | : | DOCKET NO.: |
| | : | |
|     vs. | : | |
| | : | |
| Paul Como Ltd., | : | |
| | : | |
|     and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
|     Chapter 13 Trustee. | : | |
|     Respondents. | : | |

## CERTIFICATE OF SERVICE

    I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: December 13, 2016        By: /s/ Clarissa Bayhurst
                                                                              CLARISSA BAYHURST, PARALEGAL
                                                                              FOSTER LAW OFFICES
                                                                              Po Box 966
                                                                              Meadville, PA 16335
                                                                              Tel 814.724.1165
                                                                              Fax 814.724.1158

_____

*Parties served by the court electronically were not served by regular mail

## MATRIX

**PAUL COMO LTD**
**1344 LIBERTY STREET**
**FRANKLIN PA 16323**