Certificate Number: 02998-PAW-DE-035762169

Bankruptcy Case Number: 16-10512



02998-PAW-DE-035762169

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 15, 2021, at 7:25 o'clock PM EDT, BRANDI KAY PORTER completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   June 16, 2021                    By:      /s/Angela Zinnerman

Name:   Angela Zinnerman

Title:   Counselor