**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

  JOSHUA LEE PORTER

BRANDI KAY PORTER

        Debtor(s)

  Ronda J. Winnecour, Trustee

    Movant

      vs.

  JOSHUA LEE PORTER

BRANDI KAY PORTER

      Respondents

Case No.16-10512TPA

Chapter 13

Document No.\_\_\_\_47\_\_\_\_

---

| **ORDER TO STOP PAYROLL DEDUCTIONS** |
|---|

AND NOW, this \_\_\_\_14th\_\_\_\_ day of \_\_June\_\_ , 2021, it is hereby ORDERED, ADJUDGED, and DECREED that,

Paul Como Ltd
Attn: Payroll Manager
1344 Liberty St
Franklin,PA 16323

is hereby ordered to immediately terminate the attachment of the wages of BRANDI KAY

PORTER, social security number XXX-XX-6708.  No future payments are to be sent to Ronda J.

Winnecour, Trustee on behalf of BRANDI KAY PORTER.


FURTHER ORDERED:

BY THE COURT:

_____
**ljm**
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 16-10512-TPA

Joshua Lee Porter                                                                      Chapter 13

Brandi Kay Porter
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                          User: dkam                                      Page 1 of 2

Date Rcvd: Jun 14, 2021                   Form ID: pdf900                             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                   regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2021:**

**Recip ID                      Recipient Name and Address**
db/jdb                    +  Joshua Lee Porter, Brandi Kay Porter, 314 Front Street, Franklin, PA 16323-2960

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2021 at the address(es) listed below:**

**Name                           Email Address**

Brian Nicholas
                   on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com

Daniel P. Foster
                   on behalf of Debtor Joshua Lee Porter dan@mrdebtbuster.com
                   katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Daniel P. Foster
                   on behalf of Joint Debtor Brandi Kay Porter dan@mrdebtbuster.com
                   katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Joshua I. Goldman
                   on behalf of Creditor PNC Bank  National Association jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Office of the United States Trustee
                   ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-1                              User: dkam                                     Page 2 of 2
Date Rcvd: Jun 14, 2021                          Form ID: pdf900                             Total Noticed: 1

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com


TOTAL: 6