IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 16-10512-TPA |
| | : | |
| **Joshua Lee Porter AND** | : | |
| **Brandi Kay Porter,** | : | |
|     Debtors, | : | |
| | : | **Chapter 13** |
| **Joshua Lee Porter AND** | : | |
| **Brandi Kay Porter,** | : | |
|     Movants, | : | |
|     v. | : | Docket No. 53 |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
|     Chapter 13, Trustee, | : | |
|     Respondent. | : | |

**DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On June 16, 2021 at docket numbers 50 and 51, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

    This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: <u>June 25, 2021</u>                                                   /s/ Daniel P. Foster, Esquire
                                                                                                       Daniel P. Foster
                                                                                                       PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

**PAWB Local Form 24 (07/13)**