Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Joshua Lee Porter** | Case No. 16−10512−TPA |
| **Brandi Kay Porter** | Chapter: 13 |
| *Debtor(s)* | |
| | |
| **RONDA J. WINNECOUR, Trustee,** | |
| *Movant(s),* | |
| | Related to Document No. 55 |
| v. | |
| **No Respondents** | Hearing Date: 10/13/21 at 12:00 PM |
| *Respondent(s).* | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

*AND NOW,* this *The 28th of July, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 55 , by the Chapter 13 Trustee

It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) *On or before September 13, 2021*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2) This *Motion* is scheduled for hearing on *October 13, 2021 at 12:00 PM* in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Joshua Lee Porter  
Brandi Kay Porter  
    Debtors

Case No. 16-10512-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: lmar      Page 1 of 3  
Date Rcvd: Jul 28, 2021      Form ID: 300b      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joshua Lee Porter, Brandi Kay Porter, 314 Front Street, Franklin, PA 16323-2960 |
| 14247387 | + | Adagio Health Dietary Administered Site, PO Box 73088, Cleveland, OH 44193-0002 |
| 14236048 | | Bureau Of Account Management, 2607 Rosemont Avenue, Suite 502, Camp Hill, PA 17011 |
| 14247389 | + | Convergent Healthcare Recoveries Inc, 121 NE Jefferson Street, Suite 100, Peoria, IL 61602-1229 |
| 14236050 | + | Era Med LLC, 1 Earhart Drive, Suite 11, Coatesville, PA 19320-2771 |
| 14247391 | #+ | Hartle Dental LLC, Dr. Ryan T Hartle DMD, 415 13th Street, Franklin, PA 16323-1310 |
| 14236052 | + | IC Systems, Inc, 444 Highway 96 East, Po Box 64378, St Paul, MN 55164-0378 |
| 14236053 | + | Lehrian & Palo Oral Surgery, 100 State Street, Suite B102, Erie, PA 16507-1462 |
| 14236054 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 14236057 | + | Seneca Medical Center, 181 Park Ave, Franklin, PA 16323-2663 |
| 14247392 | + | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 14247394 | + | UPMC Physician Services, PO Box 382046, Pittsburgh, PA 15250-0001 |
| 14247395 | | Upp - University of Pittsburgh Physician, Quantum One, 2nd Floor, Suite 257, Pittsburgh, PA 15203 |
| 14247396 | + | Venango Diagnostic Imaging DBA Advanced, PO Box 6138, Hermitage, PA 16148-0922 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 28 2021 23:18:27 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Jul 28 2021 23:18:27 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14246999 | | Email/Text: ally@ebn.phinsolutions.com | Jul 28 2021 23:09:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 14236047 | + | Email/Text: ally@ebn.phinsolutions.com | Jul 28 2021 23:09:00 | Ally Financial, Po Box 380901, Bloomington, MN 55438-0901 |
| 14236049 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 28 2021 23:18:33 | Citibank / The Home Depot, Centralized Bankruptcy, Po Box 790040, Saint Louis, MO 63179-0040 |
| 14247388 | + | Email/Text: bnc-capio@quantum3group.com | Jul 28 2021 23:09:00 | Cleveland Clinic, PO Box 89410, Cleveland, OH 44101-6410 |
| 14247390 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jul 28 2021 23:10:00 | Credit Management Company, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 14236051 | + | Email/Text: slucas@for-cu.com | Jul 28 2021 23:10:00 | Franklin Oil Region Credit Union, 101 North 13th Street, Franklin, PA 16323-2343 |
| 14274678 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 28 2021 23:09:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 14290793 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 28 2021 23:09:00 | PNC BANK N.A., P.O. BOX 94982, CLEVELAND, OH 44101-0570 |
| 14307307 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 28 2021 23:09:00 | PNC Mortgage, 3232 Newmark Drive, Miamisburh, OH 45342 |
| 14236055 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 28 2021 23:09:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14737305 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 28 2021 23:18:32 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14240619 | Email/PDF: rmscedi@recoverycorp.com | Jul 28 2021 23:18:27 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14236056 | + Email/Text: bk@revenuegroup.com | Jul 28 2021 23:10:00 | Revenue Group, Po Box 221278, Beachwood, OH 44122-0996 |
| 14236058 | + Email/PDF: gecsedi@recoverycorp.com | Jul 28 2021 23:18:25 | Synchrony Bank / Walmart, Attn: Bankruptcy, Po Box 103104, Roswell, GA 30076-9104 |
| 14247393 | + Email/Text: BankruptcyNotice@upmc.edu | Jul 28 2021 23:10:00 | UPMC Northwest, 2 Hot Metal Street, Quantum One Building, 3rd Floor, Pittsburgh, PA 15203-2348 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 30, 2021         Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Joshua Lee Porter dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Daniel P. Foster | on behalf of Joint Debtor Brandi Kay Porter dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Joshua I. Goldman | |

| District/off: 0315-1 | User: lmar | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 28, 2021 | Form ID: 300b | Total Noticed: 31 |

on behalf of Creditor PNC Bank  National Association jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6