**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| | : | Bankruptcy No: 16-10512-TPA |
| Joshua Lee Porter and | : | |
| Brandi Kay Porter, | : | |
| *Debtors*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: |
| | : | |
| Hartle Dental, LLC, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:** Hartle Dental, LLC
**Incorrect Address:** 415 13th Street, Franklin, PA 16323
**Correct Address:** 1339 Liberty Street, Franklin, PA 16323

                                                                Respectfully Submitted,

Date: August 11, 2021                                           /s/Daniel P. Foster, Esquire
                                                                Daniel P. Foster, Esquire
                                                                PA I.D. #92376
                                                                FOSTER LAW OFFICES
                                                                1210 Park Avenue
                                                                Meadville, PA 16335
                                                                Tel: 814.724.1165
                                                                Fax: 814.724.1158
                                                                Dan@MrDebtBuster.com
                                                                Attorney for Debtors